IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAY WILLIAMS, § | |
| Plaintiff, § | |
| v. § | No. 3:24-cv-1325-N (BT) |
| FNU LNU, § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's case will be **DISMISSED**.

To the extent the plaintiff seeks any additional relief in this case by his notices filed after entry of the Findings and Conclusions of the Magistrate Judge (docs. 18-21, 22-25), his requests are **DENIED**. To the extent the plaintiff moves for a writ of habeas corpus (doc. 26), the Clerk of the Court is **DIRECTED** to transmit to the plaintiff a standard form for cases filed under 28 U.S.C. § 2241, in the event he seeks to file a petition for a writ of habeas corpus, and to terminate the motion in this action.

**SO ORDERED** this 9th day of August, 2024.

**David C. Godbey
Chief United States District Judge**